

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Joseph Becker | Civil Action No.   23-cv-01141-JLB |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's merits brief to the extent it requests remand for the direct award of benefits, but GRANTS Plaintiff's merits brief to the extent it alternatively requests remand for further administrative proceedings. Consistent with this determination, the Court ORDERS that judgment be entered reversing the Commissioner's decision and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Date:   3/11/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo
L. Sotelo, Deputy